UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV20-05832 JAK (SKx) | Date | June 24, 2022 |
|---|---|---|---|
| Title | Chris Langer v. Value Inn Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson-Terrell | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING CASE JS-6**

An Order Directing Counsel to Adhere to Court's Order was issued by the Court on **June 3, 2022,** ordering Plaintiff to file a second amended complaint and proof of service on or before May 16, 2022, then again on June 10, 2022. Neither has been filed. Therefore, the Court **DISMISSES** the matter for failure to comply with court orders and to prosecute.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | TJ | |